**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Tashawn Thorne, | ) |
| *Plaintiff*, | ) ) ) Case No. 3:20 CV 50487 |
| v. | ) ) Magistrate Judge Lisa A. Jensen |
| Lieutenant Dix, et al | ) ) |
| *Defendant*, | ) |

**ORDER**

ORDER: A telephonic motion hearing on Defendants' motion for an extension of time to Respond Including the Filing of Objections to Plaintiff's Pavey Issue Discovery Requests [123], Plaintiff's motion for an order that he be allowed to purchase adequate postage [116], and Plaintiff's motion to voluntarily dismiss as to Quenton Terry [124] held 12/1/2021. For the reasons stated on the record, Defendants' motion for an extension of time to Respond Including the Filing of Objections to Plaintiff's Pavey Issue Discovery Requests [123] is unopposed and granted. Defendants' response is now due by 1/7/2022. Additionally, Plaintiff reports that the issues raised in his motion [116] and notice [117] have been resolved. In light of this information, Plaintiff's motion for an order that he be allowed to purchase adequate postage [116] is stricken as moot. Lastly, there being no objection, it is this Court's Report and Recommendation that the Plaintiff's motion to voluntarily dismiss as to Quenton Terry [124] be granted. Any objection to this report and recommendation must be filed by 12/15/2021. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989).
Signed by the Honorable Lisa A. Jensen on 12/1/2021.

Date: 12/1/2021          By: *Lisa A. J.*

Lisa A. Jensen
United States Magistrate Judge

1