# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Tashawn Thorne (59241-056), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 CV 50487 |
| v. | ) | |
| | ) | Hon. Lisa A. Jensen |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

ORDER: It is this Court's Report and Recommendation that Plaintiff's motion to dismiss Defendant Apryl Liggett [134] be granted. Any objection to this report and recommendation must be filed by 1/10/2022. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989).

Date: December 27, 2021

_____
U.S. Magistrate Judge Lisa A. Jensen