### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tashawn Thorne (59241-056), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20 C 50487 |
| | ) Hon. Iain D. Johnston |
| John Doe, | ) |
| Defendant. | ) |

### ORDER

This Court has reviewed Magistrate Judge Jensen's December 27, 2021 Report and Recommendation for clear error and agrees with its findings and conclusions. The Court adopts the Report and Recommendation [135] in its entirety. Defendant Apryl Liggett is dismissed as a Defendant in this action without prejudice.

### STATEMENT

By order dated December 27, 2021, Magistrate Judge Jensen recommended that Plaintiff's motion to voluntarily dismiss Defendant Apryl Liggett be granted. No objections have been filed.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id*. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). "The clear error standard means that the district court can overturn the magistrate judge's ruling only if the district court is left with the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997).

No parties objected to the report and recommendation, and the Court finds no clear error in Magistrate Judge Jensen's recommendation that the motion be granted. The Court therefore adopts Magistrate Judge Jensen's December 27, 2021 Report and Recommendation in its entirety. Defendant Apryl Liggett is dismissed as a Defendant in this action without prejudice.

Date: January 18, 2022    By: _____
Iain D. Johnston
United States District Judge